# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENT GRIMMETT and<br>MICKIE GRIMMETT,<br><br>      Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. CIV-15-1031-M<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, filed February 23, 2016. Having reviewed the parties' joint motion, the Court GRANTS the parties' Joint Stipulation of Dismissal with Prejudice [docket no. 16] and DISMISSES this action with prejudice to refiling of the same.

**IT IS SO ORDERED this 24th day of February, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE